UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
July 29, 2026

MEYLIN JAMILETH BASILES-ZELEDON, )
)
Plaintiff, )
)
v. ) Cause No. 4:26-cv-00164-TWP-KMB
)
SCOTT MAPLES, *et al.*, )
)
Defendants. )

## NOTICE

In response to the Court's Order dated July 22, 2026 (Dkt. 8.), the Federal Defendants respectfully notify the Court that on July 27, 2026, the Petitioner received an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and her request for a change in custody status was denied.

THOMAS E. WHEELER II
United States Attorney

By:    */s/ Paul Umbaugh IV*
Paul Umbaugh IV
Special Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048
Paul.Umbaugh@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

_/s/ Paul Umbaugh IV_
Paul Umbaugh IV
Special Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048